IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
01 MAY 29 PM 1:49
U.S. DISTRICT C.
N.D. OF ALABAMA

ARTICE LEE COOPER

Inmate Identification Number: 163434

CV-01-AR-1385-S

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

CMS, Corr Medical Services, & Naphcare Care For Alabama Corr. Medical Services, & Director of Nursing For Bibb Corr Fac., et al

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (  )        No ( ✗ )

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s):  N/A

           Defendant(s): N/A

1

2. Court (if Federal Court, name the district; if State Court, name the county)    N/A

3. Docket number    N/A

4. Name of judge to whom case was assigned    N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)    N/A

6. Approximate date of filing lawsuit    N/A

7. Approximate date of disposition    N/A

II. Place of present confinement    Bibb Corr Fac P.O. Box 830 Brent Al 35034

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (X)    No ( )

   C. If your answer is YES:

      1. What steps did you take?    I've filed medical complaints concern this issue

      2. What was the result?    given the run around

   D. If your answer is NO, explain why not?    N/A

2

III. Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) ATRICE LEE Cooper #163434
Bibb Corr Fac
Address P.O. Box 830
Brent, AL 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant CMS,
is employed as Correctional Medical Services
at 5381 1st Ave North, B'ham, al 35232

C. Additional Defendants Naph Care, medical services
950 22nd St. North - B'ham, al 35203
Director of Nursing For Bibb Corr Fac.
P.O. Box 830 Brent, al 35034

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

See Attached Brief

3

_SEE ATTACHED Brief_

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_SEE ATTACHED Brief_

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 24, 2001_.

_Arture Lee Cooper # 163434_

Signature(s)

4